**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00276-CV

---

**CITY OF GALVESTON, Appellant**

**V.**

**INDIAN BEACH PROPERTY OWNER'S ASSOCIATION, INC., Appellee**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0348**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed March 13, 2013. The parties have filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.